# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5004**     **September Term, 2024**

1:22-cv-02809-CRC

Filed On: January 17, 2025 [2094732]

Julian Marcus Raven,

      Appellant

  v.

Kim Sajet, Smithsonian National Portrait
Gallery Director,

      Appellee

## O R D E R

Because the docketing fee in this case has not been paid, it is

**ORDERED**, on the court's own motion, that by February 18, 2025, appellant either pay the $605 appellate docketing and filing fees to the Clerk of the District Court, see Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion in district court for leave to proceed on appeal in forma pauperis, see Fed. R. App. P. 24(a). See Enclosure. In the event the district court denies leave to proceed on appeal in forma pauperis, appellant may renew that request in this court. See Fed. R. App. P. 24(a)(5).

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

                                       **FOR THE COURT:**
                                       Clifton B. Cislak, Clerk

                           BY:   /s/
                                     Emily K. Campbell
                                     Deputy Clerk