# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5004**  **September Term, 2024**

1:22-cv-02809-CRC

Filed On: January 17, 2025 [2094736]

Julian Marcus Raven,

    Appellant

    v.

Kim Sajet, Smithsonian National Portrait
Gallery Director,

    Appellee

### O R D E R

    The notice of appeal was filed on January 14, 2025, and docketed in this court on January 17, 2025. It is, on the court's own motion,

    **ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 18, 2025 |
| Docketing Statement Form | February 18, 2025 |
| Entry of Appearance Form (Attorneys Only) | February 18, 2025 |
| Procedural Motions, if any | February 18, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | February 18, 2025 |
| Statement of Issues to be Raised | February 18, 2025 |
| Transcript Status Report | February 18, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | February 18, 2025 |
| Dispositive Motions, if any | March 3, 2025 |

    A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5004**                                             **September Term, 2024**

It is

    **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 18, 2025 |
| Entry of Appearance Form (Attorneys Only) | February 18, 2025 |
| Procedural Motions, if any | February 18, 2025 |
| Dispositive Motions, if any | March 3, 2025 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Emily K. Campbell
Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

Attachments for Pro Se Parties Only:
    <u>Civil Docketing Statement Form</u>
    <u>Entry of Appearance Form</u>
    <u>Transcript Status Report Form</u>
    <u>Memorandum Concerning Self-Representation</u>