# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Julian Marcus Raven,

v.

Kim Sajet,

**Case No:** 25-5004

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☒ Gov't counsel for the ☐ Appellant(s)/Petitioner(s) ☒ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Kim Sajet

### Counsel Information

**Lead Counsel:** Dimitar P. Georgiev, Assistant United States Attorney

**Direct Phone:** (202) 815-8654  **Fax:** ( )  **Email:** dimitar.georgiev-remmel@usdoj.gov

**2nd Counsel:** Jane M. Lyons, Assistant United States Attorney

**Direct Phone:** (202) 252-2540  **Fax:** ( )  **Email:** jane.lyons@usdoj.gov

**3rd Counsel:**

**Direct Phone:** ( )  **Fax:** ( ) -  **Email:**

**Firm Name:** United States Attorney's Office for the District of Columbia

**Firm Address:** 601 D Street NW, Washington, DC 20530

**Firm Phone:** (202) 252-2500  **Fax:** ( )  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)