UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-5004
(Civ. A. No. 22-2809)

JULIAN MARCUS RAVEN,     Appellant,

v.

KIM SAJET,
Director, National Portrait Gallery,     Appellee.

## APPELLEE'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to this Court's Order of January 17, 2025, and D.C. Circuit Rule 28(a)(1), Appellee the Director of the National Portrait Gallery, respectfully files this certificate as to parties, rulings, and related cases.

### I.   PARTIES

The plaintiff-appellant is Julian Marcus Raven. The defendant-appellee is Kim Sajet in her official capacity as the Director of the National Portrait Gallery. There are no amici curiae.

### II.   RULINGS UNDER REVIEW

Appellant appeals from the December 16, 2024, order (R.22) and memorandum opinion (R.23) of the Honorable Christopher R. Cooper,

which granted the defendant's motion to dismiss. The opinion is available at 2024 WL 5118228.

## III. RELATED CASES

There are no known related cases.

February 14, 2025

EDWARD R. MARTIN, JR.
United States Attorney

BRIAN P. HUDAK
JANE M. LYONS
Assistant United States Attorneys

          /s/ Dimitar P. Georgiev
DIMITAR P. GEORGIEV
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 815-8654
dimitar.georgiev-remmel@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I certify that on this 14th day of February 2025, the foregoing has been served on Appellant by sending a duplicate by the United States postal service with first class postage pre-paid and addressed as follows:

**JULIAN MARCUS RAVEN**
105 CAPITAL ST
APT #302
LYNCHBURG, VA 24502

　　　　　　　　　　　　　　　　　　　*/s/ Dimitar P. Georgiev*
　　　　　　　　　　　　　　　　　　DIMITAR P. GEORGIEV
　　　　　　　　　　　　　　　　　　Assistant United States Attorney