# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5004**　　　　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　**1:22-cv-02809-CRC**

　　　　　　　　　　　　　　　　　　　　**Filed On: April 22, 2025** [2112014]

Julian Marcus Raven,

　　　Appellant

　v.

Kim Sajet, Smithsonian National Portrait
Gallery Director,

　　　Appellee

### M A N D A T E

　　In accordance with the order of March 5, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　Deputy Clerk

Link to the order filed March 5, 2025